MICHELLE R. BERNARD (SBN: 144582)
MATTHEW C. ELSTEIN (SBN: 174400)
GORDON & REES LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Defendant
GREAT AMERICAN ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| TEAM GORDON, INC.<br><br>Plaintiff,<br><br>vs.<br><br>GREAT AMERICAN ASSURANCE COMPANY, DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. SACV 10-00492 DOC (PLAx)<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]**<br><br>Complaint Served: April 23, 2010<br>Initial Response Date: May 13, 2010<br>New Response Date: June 7, 2010<br><br>Judge: Hon. David O. Carter |

Plaintiff Team Gordon, Inc. ("Team Gordon") and defendant Great American Assurance Company ("Great American"), through their counsel of record, HEREBY STIPULATE pursuant to Local Rule 8-3 that the time for Great American to respond to the complaint in this action shall be extended from May 13, 2010, to June 7, 2010.

Dated: 5/11, 2010      GORDON & REES LLP

                       By: _____
                       Matthew C. Elstein
                       Attorneys for GREAT AMERICAN
                       ASSURANCE COMPANY

Dated: 5/11, 2010      RUTAN & TUCKER, LLP

                       By: _____
                       Duke F. Wahlquist
                       Attorneys for Team Gordon, Inc.

-1-

*Team Gordon, Inc. v. Great American Assurance Company*
United States District Court – Central District
Case No.: SACV 10-00492-DOC (PLAx)

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon & Rees LLP 101 W. Broadway, Suite 2000, San Diego, CA 92101. On the date stated below, I served the within documents:

- **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 30 DAYS**

☐ **BY U.S. MAIL [Fed. Rule Civ. Proc. Rule 5(b)]** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California at San Diego, addressed as set forth below.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

X **BY ELECTRONIC SERVICE [Fed. Rule Civ. Proc. Rule 5(b)]** by causing such document(s) to be served electronically pursuant to the U.S. District Court's Electronic Case Filing Program CM/ECF to be delivered electronically to those parties set forth below who have registered to become an E-Filer.

<u>*Attorneys for Plaintiff*</u>:
Steven A. Nichols
Duke F. Wahlquist
RUTAN & TUCKER, LLP
611 Anton Boulevard, 14th Floor
Costa Mesa, California 92626
Tel: (714) 641-5100
Fax (714) 546-9035

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 11, 2010 at San Diego, California.

_____
Maria G. Cerezo

-1-

PROOF OF SERVICE
Case No. SACV 10-00492-DOC (PLAx)